IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 10-MJ-04-13 (CWH) |
| MICHAEL GAWLICK, | |
| Defendant | |

# **O R D E R**

Before the court is the motion of defendant MICHAEL GAWLICK filed pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure seeking the return of a firearm seized from him on or about March 27, 2010 at Robins Air Force Base, Georgia in connection with a charge of Possession of a Firearm in a Federal Facility, 18 U.S.C. §930.  Tab #25.  The government has filed a response to said motion in which it objects to the return of the firearm to Mr. Gawlick.  Tab #26.  The defendant has filed a reply to the government's response.  Tab #27.

Upon careful consideration of the defendant's motion, the government's response, and the defendant's reply thereto, IT IS ORDERED AND DIRECTED that said firearm be returned to Mr. Gawlick, subject to the filing of forfeiture proceedings by the government WITHIN FOURTEEN (14) DAYS of the date of this order.  In the event no forfeiture proceedings are instituted within this time period, the firearm shall be returned to Mr. Gawlick.

SO ORDERED AND DIRECTED, this 6th day of OCTOBER, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE